UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
v.                                  CR. NO. 96-80274

                                  HONORABLE PATRICK J. DUGGAN

D-4    WAYNE CARRICK, et al.,

    Defendant.
_____/

## ORDER FOR TRAVEL AND SUBSISTENCE EXPENSES

Upon the application of Defendant, WAYNE CARRICK, for round-trip travel and subsistence expenses, pursuant to 18 U.S.C. § 4285, and the Court being aware of Defendant's indigence;

**IT IS HEREBY ORDERED**, that the U.S. Marshal furnish Defendant Wayne Carrick round-trip, non-custodial transportation from Vancouver, Canada to Windsor, Ontario on Tuesday, December 4, 2007, for purposes of appearing in court for sentencing on December 5, 2007 at 2:30 p.m.

                                  S/PATRICK J. DUGGAN
                                  United States District Judge

Entered: November 20, 2007